# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

137495

CITY OF HUNTINGTON WOODS, BONNIE
SHEEHY NIELSEN, KELLIE TREPPA, and
JOHN STEINBERG,
          Plaintiffs-Appellees,

v

CITY OF DETROIT,
          Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137495
COA: 276021
Oakland CC: 06-075438-CH

On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
Clerk

s0128